

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Daniel Ray Heckler,          * From the County Court
                                  of Howard County
                                  Trial Court No. 66,772.

Vs. No. 11-16-00232-CR         * February 21, 2019

The State of Texas,            * Memorandum Opinion by Wright, S.C.J.
                                  (Panel consists of: Bailey, C.J.,
                                  Stretcher, J., and Wright, S.C.J., sitting
                                  by assignment)
                                  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.